UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

LAVERY & SIRKIS, ESQUIRES
Joan Sirkis Warren, Esq.
699 Washington Street, Suite 103
Hackettstown, NJ 07850
(908) 850-6161
I.D. #JW4851
Attorney for Debtor, Charles J. Specht

In Re:                              Case No.:    18-32249
Charles J. Specht                   Judge:       KCF
                                    Chapter:     13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**
☒ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
☐ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (choose one):

1. ☒  Motion for Relief from the Automatic Stay filed by _____Nationstar Mortgage_____, creditor.

   A hearing has been scheduled for __3/13/19__, at __9:00__ a.m.

   OR

   ☐  Motion to Dismiss filed by the Standing Chapter 13 Trustee.

   A hearing has been scheduled for _____ at _____ a.m.

   ☐  Certification of Default filed by _____, creditor.

   I am requesting a hearing be scheduled on this matter.

   OR

   ☐  Certification of Default filed by Standing Chapter 13 Trustee

   I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (choose one):

☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer): _____

☑ Other (explain your answer): I have some of the money toward the arrears

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 03/04/19       /s/ Charles Specht
                    Debtor's Signature

Date: _____     Debtor's Signature

NOTE:

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss*.

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default (under an Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default*.

If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.

Local Form 23, rev. 6/2006/ref