Order Filed on March 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Nationstar Mortgage LLC d/b/a Mr. Cooper
Aleisha C. Jennings 049302015

In Re:

**Charles J Specht,**

**aka 43 North Main, LLC,**

    **Debtor,**

Case No.:    18-32249-KCF

Chapter:    13

Hearing Date: March 13, 2019

Judge:    Kathryn C. Ferguson

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through four (4), is hereby ORDERED.

**DATED: March 15, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**

Secured Creditor: Nationstar Mortgage LLC d/b/a Mr. Cooper

Secured Creditor's Counsel: RAS Citron, LLC

Debtors' Counsel: Joan Sirkis Warren

Property Involved ("Collateral"): 42 W DORY LITTLE EGG HARBOR, NEW JERSEY 08087

Relief sought:
- ☒ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Secured Creditor's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - ☒ The Debtor is overdue for 4 months from 12/01/2018 through 03/01/2019.
   - ☒ The Debtor is overdue for 4 payments from 12/01/2018 through 03/01/2019 at $1,197.51 per month.
   - ☐ The Debtor is assessed for _____ late charges at $_____ per month.

   Funds Held In Suspense $0.00

   Total Arrearages Due $4,790.04.

2. Debtor must cure all post-petition arrearages, as follows:

   - ☒ Immediate payment shall be made in the amount of $2,396.26. Payment shall be made no later than March 20, 2019.

   - ☒ Beginning on 04/01/2019, regular monthly mortgage payments shall continue to be made in the amount of $1,197.51.

   - ☒ Beginning on 04/15/2019, monthly cure payments shall be made in the amount of $398.96 for 5 months with a sixth (6) and final payment in the amount of $398.98 on 09/15/2019.

3. Payments to the Secured Creditor shall be made to the following address(es):

   - ☒ Regular monthly payment:  Nationstar Mortgage LLC
                                  ATTN: Bankruptcy Dept
                                  PO Box 619094

                                                    Dallas, Texas 75261-9741

■ Monthly cure payment:    Nationstar Mortgage LLC
                                                             ATTN: Bankruptcy Dept
                                                             PO Box 619094
                                                             Dallas, Texas 75261-9741

4.       In the event of Default:

      ■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

      ■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

      ■ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

5.       Award of Attorneys' Fees:

      ■ The Applicant is awarded attorney fees of $350.00 and costs of $181.00.

        The fees and costs are payable:

      ■ Through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order.

_/s/ Joan S. Warren_                                                 /s/Aleisha C. Jennings

Joan Sirkis Warren                                                   Aleisha C. Jennings
*Attorney for Debtor(s)*                                      *Attorney for Secured Creditor*
Date:                                                                  Date: 3/13/2019