Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−32249−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles J Specht
   aka 43 North Main, LLC
   114 Rake Factory Road
   Flemington, NJ 08822

Social Security No.:
   xxx−xx−4360

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/26/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 29, 2019
JAN: slf

                                                                          Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-32249-KCF
Charles J Specht                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2          Date Rcvd: Apr 29, 2019
                              Form ID: 148               Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
```
db           +Charles J Specht,    114 Rake Factory Road,     Flemington, NJ 08822-5625
cr           +Nationstar Mortgage LLC d/b/a Champion Mortgage Co,    RAS Citron, LLC,
              130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
cr           +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
              Fairfield, NJ 07004-2927
cr           +RCN Capital Funding, LLC,    75 Gerber Road East, Suite 201,    South Windsor, CT 06074-3202
517861981    +Braverman & Lester,    374 Main Street,    Hackensack, NJ 07601-5897
517894500    +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517861983     Eagle Rock Resort,    c/o Lorine Angelo Ogurkis, Esq,    1031 Valley of Lakes,
              Hazleton, PA 18202
517861984    +Mr. Cooper,    8950 Cypress Waters Blvd,    Dallas, TX 75019-4620
517931039    +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    ATTN: Bankruptcy Dept,    PO Box 619096,
              Dallas TX 75261-9096
517879883    +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
              Fairfield, NJ 07004-2927
517861985    +RAS Citron Law Offices,    130 Clinton road, Suite 202,    Fairfield, NJ 07004-2927
517861986    +RCN,    PO Box 11816,    Newark, NJ 07101-8116
517861987    +SLS,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2019 00:27:40     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2019 00:27:37      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517861982     EDI: CAPITALONE.COM Apr 30 2019 03:48:00      Capital One,    PO Box 6492,
              Carol Stream, IL 60197-6492
517904087     EDI: CAPITALONE.COM Apr 30 2019 03:48:00      Capital One Bank (USA), N.A.,   PO Box 71083,
              Charlotte, NC  28272-1083
                                                                                             TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517861988     tenant
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ajennings@rasflaw.com
              Jeffrey A. Lester    on behalf of Creditor   RCN Capital Funding, LLC jlester@bllaw.com
              Joan Sirkis Warren    on behalf of Debtor Charles J Specht joan@joanlaverylaw.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               J.P. Morgan Mortgage Acquistion Trust 2007-CH5, Asset Backed Pass-Through Certificates, Series
               2007-CH5 rsolarz@kmllawgroup.com
              Sindi Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               smncina@rascrane.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 29, 2019
                              Form ID: 148             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 9